IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

EDWARD SANGUINO,

    Petitioner,

v.                                                       2:25-cv-01301-SMD-JMR

KRISTI NOEM, *Secretary of the Department of Homeland Security*, and
DORA CASTRO, *Warden, Otero County Processing Center*,

    Respondents.

**ORDER DIRECTING CLERK'S OFFICE TO SERVE
AND ORDER TO ANSWER HABEAS PETITION**

THIS MATTER is before the Court on pro se Petitioner Edward Sanguino's Letter-Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241.  Doc. 1.  The Honorable Sarah M. Davenport referred this case to me "to conduct hearings, if warranted, including evidentiary hearings, and to perform any legal analysis required to recommend to the Court an ultimate disposition of the case," as authorized by 28 U.S.C. §§ 636(b)(1)(B), (b)(3), and *Va. Beach Fed. Sav. & Loan Ass'n v. Wood*, 901 F.2d 849 (10th Cir. 1990).  Doc. 7.  Having reviewed the record, the Court finds that Respondent Dora Castro must answer the Petition.[1]

IT IS THEREFORE ORDERED that the Clerk of the Court shall serve copies of the petition (Doc. 1) and this order by certified mail, return receipt requested, upon Dora Castro, Warden, Otero County Processing Center, 26 McGregor Range Road, Chaparral, NM 88081.

IT IS FURTHER ORDERED that Respondent Dora Castro must answer the Petition within twenty-one (21) days after service.  If Petitioner wishes to file an optional reply, he must

---

[1] The Court has already ordered service on and an answer from Respondent Kristi Noem.  Doc. 8.

do so within fourteen (14) days after Respondent's response is filed.

_____
JENNIFER M. ROZZONI
United States Magistrate Judge
